UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| OSCAR PABLO TORRES, | No. 1:17-cv-00169-LJO-JLT (HC) |
|---|---|
| Petitioner, | **ORDER DIRECTING PETITIONER TO FILE STATUS REPORT** |
| v. | **[14-DAY DEADLINE]** |
| SUZANNE PERRY, Warden, | |
| Respondent. | |

On April 18, 2017, the Court issued an order granting Petitioner's motion to stay the proceedings pending exhaustion of state remedies. The Court directed Petitioner to file a status report within thirty days, and then a new status report every sixty days thereafter. Over thirty days have passed and Petitioner has failed to file a status report.

Accordingly, Petitioner is **ORDERED** to file a status report **within 14 days** of the date of service of this order. As discussed by the Court in the order granting the stay, failure to comply with this order will result in the Court vacating the stay.

IT IS SO ORDERED.

Dated: **May 30, 2017**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE